# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1616
_____

Ronald Ragan, Jr.

*Plaintiff - Appellant*

v.

Berkshire Hathaway Automotive, Inc.

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: April 10, 2026
Filed: April 15, 2026
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

After unsuccessfully suing Berkshire Hathaway Automotive, Inc. (BHA) for copyright infringement, Ronald Ragan, Jr., appeals the district court's[1] award of $319,859 in attorney's fees and costs to BHA.

Upon careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion in awarding attorney's fees and costs. *See Pinkham v. Camex, Inc.*, 84 F.3d 292, 294 (8th Cir. 1996) (standard of review); *Designworks Homes, Inc. v. Thomson Sailors Homes, L.L.C.*, 9 F.4th 961, 965 & n.3 (8th Cir. 2021) (declining to address arguments not raised before the district court); *see also Killer Joe Nev., LLC v. Does 1-20*, 807 F.3d 908, 912-13 (8th Cir. 2015) ("Even if a different court might have weighed the factors differently, that does not render the district court's decision an abuse of discretion.").

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.